# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:      Judge Roger W. Titus

RE:        *United States of America v. Ewdy Jose Olivo*
           Criminal Case No. RWT 13-037

DATE:      September 2, 2014

\* \* \* \* \* \* \* \* \*

Due to a change in the Court's calendar, the sentencing previously scheduled for November 21, 2014 at 9:30 a.m. **is hereby rescheduled for November 21, 2014 at 12:30 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____/s/_____
Roger W. Titus
United States District Judge